Suselia Hayes, Respondent, v. Jacob Thalheimer,

Appellant, Impleaded, etc. — Judgment affirmed. Opinion by Haight, J. ; Barker, J., not sitting.